Entered on Docket April 21, 2020

**Below is the Order of the Court.**

*Mary Jo Heston*

**Mary Jo Heston
U.S. Bankruptcy Judge**

**(Dated as of Entered on Docket date above)**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **MICHAEL ANTONIO WILLIAMS**<br><br>**EX PARTE**<br>**Debtors.** | **Cause No. 17-41312-MJH**<br><br>**ORDER APPROVING DISMISSAL OF DEBTOR(S) CHAPTER 13** |

IT IS ORDRED that this case shall be dismissed.  Upon dismissal or conversion any refund shall

be payable to the Debtor(s) and may be forwarded to the Debtor(s) through the attorney's office.

See 11 U.S.C. 349(b)(3)

///end of order///

Presented by:                                          Approved by:


/s/Ellen Ann Brown
                                                            /s/ Michael Malaier
_____                    Chapter 13 Trustee
ELLEN ANN BROWN WSB 27992
Attorney for Debtors

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958